RYAN & FONG
TIMOTHY J. RYAN - 99542
REBEKKA MARTORANO - 173600
2379 Gateway Oaks Drive, Ste. 100
Sacramento, California 95833
Telephone: (916) 924-1912

Attorneys for Defendant John Deere Construction & Forestry Company

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE MUSCATELL,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DEERE CONSTRUCTION AND FORESTRY COMPANY; PAPE' MACHINERY, INC. AND DOES 1 THROUGH 20,<br><br>    Defendants. | C 08 00361 PVT<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)(Diversity)<br><br>DEMAND FOR JURY TRIAL<br><br>BY FAX |

To the clerk of the above-entitled Court:

PLEASE TAKE NOTICE that Defendant John Deere Construction & Forestry Company (John Deere) hereby removes to this Court the state court action described below.

1. On October 9, 2007, an action was commenced in the Superior Court of the State of California in and for the County of Santra Cruz, entitled <u>Steve Muscatell, Plaintiff, v. John Deere Construction & Forestry Company and Papé Machinery, Inc., and Does 1 through 20, Defendants</u>, as Case No. CISCV158302. A copy of the complaint is attached hereto as Exhibit A.

2. The first date upon which John Deere received a copy of said complaint was December 20, 2007, when Defendant's agent for service of process was served with a copy of said complaint and a summons from the said state court. A copy of the summons is attached hereto as Exhibit B.

1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)(Diversity); JURY DEMAND

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff is alleging serious personal injuries as a result the use of a John Deere Skid Steer 320 with a VR 66 B Vibratory Roller in Santa Cruz County, California. Plaintiff claims he has incurred hospital and medical expenses, loss of use of property, loss of income and a loss of his ability to earn income, general damages and compensatory damages.

John Deere further refers to the declaration of Rebekka Martorano filed herewith, according to which plaintiff represented to John Deere that, as a result of his use of a John Deere Skid Steer and vibratory roller in October 2005, he had sustained injuries to his nervous system from which he had not yet recovered, that two discs in his neck had been damaged, requiring fusion surgery to his neck, that he "blew a bone out through his nose," that he had received and was scheduled to receive treatment at the Palo Alto Medical Foundation and the University of California San Francisco Medical Center, and that he estimated that his medical bills to date to exceeded $100,000.

4. John Deere is informed and believes that plaintiff was, and still is, a citizen of the State of California. John Deere was at the time of filing of this action, and still is, a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Illinois. John Deere is informed and believes that Papé Machinery, Inc. was at the time of filing of this action, and still is, a corporation incorporated under the laws of the State of Oregon, having its principal place of business in the State of Oregon.

5. Papé Machinery, Inc. joins in the removal of this action, as indicated by the joinder filed with this Notice of Removal.

Dated: January 17, 2008                    RYAN & FONG

By: _____
REBEKKA R. MARTORANO
Attorneys for Defendant John Deere Construction
& Forestry Company

2

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)(Diversity); JURY DEMAND

## JURY DEMAND

Defendant John Deere Construction & Forestry Company hereby demands trial by jury in this action

Dated: January 17, 2008

RYAN & FONG

By: /s/ *signature*
REBEKKA R. MARTORANO
Attorneys for Defendant John Deere Construction & Forestry Company.

---

3

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)(Diversity); JURY DEMAND

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| STEVE MUSCATELL, in Pro Per<br>P.O. Box 256<br>Boulder Creek, CA 95006<br>TELEPHONE NO: (831) 338-4132   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Cruz
STREET ADDRESS: 701 Ocean Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Cruz, CA 95060
BRANCH NAME:

PLAINTIFF: STEVE MUSCATELL

DEFENDANT: JOHN DEERE CONSTRUCTION & FORESTRY COMPANY; PAPE MACHINERY, INC.

[X] DOES 1 TO 20

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE    [X] OTHER (specify): Product Liability
[ ] Property Damage   [ ] Wrongful Death
[X] Personal Injury    [ ] Other Damages (specify):

FILED
OCT 09 2007
ALEX CALVO, CLERK
BY MICHELLE IRIS
DEPUTY, SANTA CRUZ COUNTY

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded [ ] does not exceed $10,000
                [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER: CV 158302

1. Plaintiff (name or names): STEVE MUSCATELL

   alleges causes of action against defendant (name or names): JOHN DEERE CONSTRUCTION & FORESTRY COMPANY; PAPE MACHINERY, INC.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

L/D 1-18

SHORT TITLE: MUSCATELL v. JOHN DEERE, et al.  |  CASE NUMBER:  |  PLD-PI-001

4. [ ] Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [X] except defendant (name): JOHN DEERE CONSTRUCTION & FORESTRY COMPANY
      (1) [ ] a business organization, form unknown
      (2) [X] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):
      (5) [ ] other (specify):

   c. [ ] except defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):
      (5) [ ] other (specify):

   b. [X] except defendant (name): PAPE MACHINERY, INC.
      (1) [ ] a business organization, form unknown
      (2) [X] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):
      (5) [ ] other (specify):

   d. [ ] except defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):
      (5) [ ] other (specify):

   [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants (specify Doe numbers): 1-20 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants (specify Doe numbers): 1-20 _____ are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other (specify):

9. [ ] Plaintiff is required to comply with a claims statute, and
   a. [ ] has complied with applicable claims statutes, or
   b. [ ] is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]          COMPLAINT—Personal Injury, Property Damage, Wrongful Death          Page 2 of 3

| SHORT TITLE: MUSCATELL v. JOHN DEERE, et al. | CASE NUMBER: | PLD-PI-001 |
|---|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. [ ] Motor Vehicle
   b. [ ] General Negligence
   c. [ ] Intentional Tort
   d. [X] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other (specify):

11. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [ ] property damage
   f. [X] loss of earning capacity
   g. [ ] other damage (specify):

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) [X] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: October 8, 2007

STEVE MUSCATELL
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Page 3 of 3

| SHORT TITLE: MUSCATELL v. JOHN DEERE, et al. | CASE NUMBER: | PLD-PI-001(5) |
|---|---|---|

**FIRST** _(number)_ CAUSE OF ACTION—Products Liability                    Page 4

ATTACHMENT TO  [X] Complaint  [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* STEVE MUSCATELL

Prod. L-1. On or about *(date):* November 2005    plaintiff was injured by the following product:
JOHN DEERE Skid Steer 320 with a JOHN DEERE VR 668 vibratory roller.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
  [X] used in the manner intended by the defendants.
  [X] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
  [X] purchaser of the product.            [X] user of the product.
  [ ] bystander to the use of the product. [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. [X] Count One—Strict liability of the following defendants who
  a. [X] manufactured or assembled the product *(names):* JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

        [X] Does 1       to 20
  b. [X] designed and manufactured component parts supplied to the manufacturer *(names):*
     JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

        [X] Does 1       to 20
  c. [X] sold the product to the public *(names):* JOHN DEERE CONSTRUCTION & FORESTRY COMPANY; PAPE MACHINERY, INC.

        [X] Does 1       to 20
Prod. L-5. [X] Count Two—Negligence of the following defendants who owed a duty to plaintiff *(names):*
JOHN DEERE CONSTRUCTION & FORESTRY COMPANY; PAPE MACHINERY, INC.

        [X] Does 1       to 20
Prod. L-6. [X] Count Three—Breach of warranty by the following defendants *(names):* JOHN DEERE CONSTRUCTION & FORESTRY COMPANY; PAPE MACHINERY, INC.
        [X] Does 1       to 20
  a. [X] who breached an implied warranty
  b. [X] who breached an express warranty which was
        [X] written  [X] oral
Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        [ ] listed in Attachment-Prod. L-7  [ ] as follows:

Form Approved for Optional Use
Judicial Council of California                CAUSE OF ACTION—Products Liability        Page 1 of 1
PLD-PI-001(5) [Rev. January 1, 2007]                                                     Code of Civil Procedure, § 425.12

12/19/2007 11:43   48829...   COUNTY PROCESS SVC   PAGE 04/14

12:20 / 12:20

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
JOHN DEERE CONSTRUCTION & FORESTRY COMPANY; PAPE MACHINERY, INC. and DOES 1 to 20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
STEVE MUSCATELL

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
OCT 09 2007
ALEX CALVO, CLERK
BY MICHELLE IRIS
DEPUTY, SANTA CRUZ COUNTY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER:** CV158302

Santa Cruz County Superior Court
701 Ocean Street
Santa Cruz, CA 95060

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
STEVE MUSCATELL, in Pro Per   (831) 338-4131
P.O. Box 256
Boulder Creek, CA 95006

DATE: OCT 09 2007   ALEX CALVO   Clerk, by MICHELLE IRIS, Deputy
*(Fecha)*   *(Secretario)*   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* John Deere Construction + Forestry Company
   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465