1  **RYAN & FONG**
   **TIMOTHY J. RYAN - 99542**
2  **REBEKKA MARTORANO - 173600**
   2379 Gateway Oaks Drive, Ste. 100
3  Sacramento, California 95833
   Telephone: (916) 924-1912
4
   Attorneys for Defendant John Deere Construction & Forestry Company
5
6                                                  **E-FILING**
                                                            ADR
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  STEVE MUSCATELL,                    C08       No. 00361    PVT

13                  Plaintiff,
                                        )   **DECLARATION OF REBEKKA**
14  v.                                  )   **MARTORANO IN SUPPORT OF**
                                        )   **NOTICE OF REMOVAL OF ACTION**
15  JOHN DEERE CONSTRUCTION             )
    AND FORESTRY COMPANY; PAPE'         )
16  MACHINERY, INC. AND DOES 1          )
    THROUGH 20,                         )
17                                      )
                    Defendants.         )
18  _____)

19

20  I, Rebekka Martorano, declare as follows:

21        1. I am an attorney at law, licensed to practice in all the courts of the State of California and in the

22  United States District Court, Eastern District. I am a partner of the law firm of Ryan & Fong, attorneys

23  of record for defendant John Deere Construction & Forestry Company.

24        2. On or about January 11, 2008, I discussed this action with plaintiff Steve Muscatell, who

25  represents himself in this action. Mr. Muscatell told me that as a result of his use of a John Deere Skid

26  Steer and vibratory roller in October 2005, he had sustained injuries to his nervous system from which he

27  had not yet recovered, that two discs in his neck had been damaged, requiring fusion surgery to his neck,

28  that he "blew a bone out through his nose," that he had received treatment at the Palo Alto Medical

                                        1

1  Foundation, that he had made an appointment to receive treatment at the University of California San

2  Francisco Medical Center, and that he estimated that his medical bills to date to exceeded $100,000.

3        I declare under penalty of perjury under the laws of the United States that the foregoing is true and

4  correct, and that this declaration was executed on January 17, 2008, in Sacramento, California.

REBEKKA R. MARTORANO

**DECLARATION OF REBEKKA MARTORANO IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**