RYAN & FONG
TIMOTHY J. RYAN - 99542
REBEKKA MARTORANO - 173600
2379 Gateway Oaks Drive, Ste. 100
Sacramento, California 95833
Telephone: (916) 924-1912

Attorneys for Defendant John Deere Construction & Forestry Company

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STEVE MUSCATELL,

    Plaintiff,

v.

JOHN DEERE CONSTRUCTION
AND FORESTRY COMPANY; PAPÉ
MACHINERY, INC. AND DOES 1
THROUGH 20,

    Defendants.

C 08 00361 PVT

JOINDER IN NOTICE OF REMOVAL

Defendant PAPÉ MACHINERY, INC., hereby joins in John Deere Construction & Forestry Company's Notice of Removal to this Court of the State Court action described in the said Notice of Removal.

Dated: January 17, 2008

JOSEPH COSTELLA & ASSOCIATES

By: _____
Attorneys for Defendant, PAPE MACHINERY, INC.

1
JOINDER IN NOTICE OF REMOVAL OF ACTION