RYAN & FONG
TIMOTHY J. RYAN - 99542
REBEKKA MARTORANO - 173600
2379 Gateway Oaks Drive, Ste. 100
Sacramento, California 95833
Telephone: (916) 924-1912

Attorneys for Defendant John Deere Construction & Forestry Company

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE MUSCATELL,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DEERE CONSTRUCTION AND FORESTRY COMPANY; PAPÉ MACHINERY, INC. AND DOES 1 THROUGH 20,<br><br>    Defendants. | No. C08 00361<br><br>CERTIFICATE OF SERVICE |

I, CHENEEN HUBERT certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 2379 Gateway Oaks Drive, Suite 100, Sacramento, California, 95833, which is located in the city, county and state where the mailing described below took place.

On January 18, 2008, I served the followed documents:

- **CIVIL CASE COVER SHEET**
- **NOTICE OR REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)(Diversity)**
- **DECLARATION OF REBEKKA MARTORANO IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**
- **JOINDER IN NOTICE OF REMOVAL**

1
CERTIFICATE OF SERVICE

1  These documents were served on the following via United States Mail: :

**Plaintiff in Pro Per:**
Steve Muscatell
P.O. Box 256
Boulder Creek, CA 95006

**Counsel for Papé Machinery Inc.:**
Joseph Costella
Joseph Costella & Associates
215 Lennon Lane, Ste. 200
Walnut Creek, CA 94598
**Mailing Address:**
P.O. Box 8090
Walnut Creek, CA 94596-8090

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed this 18th day of January, 2008, in Sacramento, California.

_____
CHENEEN HUBERT

---
2
**CERTIFICATE OF SERVICE**