1  **RYAN & FONG**
   **TIMOTHY J. RYAN - 99542**
2  **REBEKKA MARTORANO - 173600**
   2379 Gateway Oaks Drive, Ste. 100
3  Sacramento, California 95833
   Telephone: (916) 924-1912
4
   Attorneys for Defendant John Deere Construction & Forestry Company
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE MUSCATELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DEERE CONSTRUCTION )<br>AND FORESTRY COMPANY; PAPÉ )<br>MACHINERY, INC. AND DOES 1 )<br>THROUGH 20, )<br>)<br>Defendants. )<br>_____ ) | No.   C08 00361 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 28, 2008                RYAN & FONG


                                      By:      /s/ Rebekka R. Martorano
                                               REBEKKA R. MARTORANO
                                               Attorneys for Defendant
                                               John Deere Construction & Forestry Company

1

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**