1 | **RYAN & FONG**
**TIMOTHY J. RYAN - 99542**
2 | **REBEKKA MARTORANO - 173600**
2379 Gateway Oaks Drive, Ste. 100
3 | Sacramento, California 95833
Telephone: (916) 924-1912
4 |
Attorneys for Defendant John Deere Construction & Forestry Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE MUSCATELL,              ) | No.   C08 00361 PVT |
|                               ) | |
| Plaintiff,                    ) | |
|                               ) | |
| v.                            ) | **CERTIFICATE OF SERVICE** |
|                               ) | |
| JOHN DEERE CONSTRUCTION       ) | |
| AND FORESTRY COMPANY; PAPÉ    ) | |
| MACHINERY, INC. AND DOES 1    ) | |
| THROUGH 20,                   ) | |
|                               ) | |
| Defendants.                   ) | |

I, SHERI TRUJILLO, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 2379 Gateway Oaks Drive, Suite 100, Sacramento, California, 95833, which is located in the city, county and state where the mailing described below took place.

On January 28, 2008, I served the followed documents:

- **ANSWER TO COMPLAINT; AND**

- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

///

///

---

1
**CERTIFICATE OF SERVICE**

1  These documents were served on the following via United States Mail: :

**Plaintiff in Pro Per:**
Steve Muscatell
P.O. Box 256
Boulder Creek, CA 95006


**Counsel for Papé Machinery Inc.**:
Joseph Costella
Joseph Costella & Associates
215 Lennon Lane, Ste. 200
Walnut Creek, CA 94598
Mailing Address:
P.O. Box 8090
Walnut Creek, CA 94596-8090

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed this 28th day of January, 2008, in Sacramento, California.

_____
SHERI TRUJILLO

---
2
**CERTIFICATE OF SERVICE**