**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **STEVE MUSCATELL,** | **C 08-00361 PVT** |
| **Plaintiff(s),** | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **JOHN DEERE CONSTRUCTION AND FORESTRY COMPANY, ET AL.,** | |
| **Defendant(s).** | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for May 13, 2008 before the Honorable Judge Patricia V. Trumbull has been continued to **May 12, 2008 @ 10:00 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, **4th** floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before April 28, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: January 29, 2008         RICHARD W. WIEKING,
                                Clerk of Court
                                /s/ Corinne Lew
                                _____
                                Corinne Lew
                                Deputy Clerk

Copies mailed to:

**Steve Muscatell**
Post Office Box 256
Boulder Creek, CA 95006