THE BOCCARDO LAW FIRM, INC.
ATTORNEYS AT LAW
111 W. ST. JOHN STREET, SUITE 400
P.O. BOX 15001
SAN JOSE, CALIFORNIA 95115-0001
TELEPHONE (408) 298-5678
FACSIMILE (408) 298-7503

**JOHN C. STEIN, SBN 39417**
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE MUSCATELL, et al. | ) Case No.: 0 08-00361 PVT |
| Plaintiffs, | ) **SUBSTITUTION OF ATTORNEYS** |
| vs. | ) |
| JOHN DEERE CONSTRUCTION, et al. | ) |
| Defendants. | ) |

   THE COURT AND ALL PARTIES ARE NOTIFIED THAT PLAINTIFF, STEVE MUSCATELL, MAKES THE FOLLOWING SUBSTITUTION:

**FORMER LEGAL REPRESENTATIVE:**   PLAINTIFF REPRESENTED SELF

**NEW LEGAL REPRESENTATIVE:**   JOHN C. STEIN, ESQ. (SBN 39417)
THE BOCCARDO LAW FIRM, INC.
111 WEST ST JOHN STREET, SUITE 400
SAN JOSE, CA 95113
PHONE: 408-298-5678 FAX: 408-298-7503
EMAIL: jstein@boccardo.com

-1-

**SUBSTITUTION OF ATTORNEYS**

1    I consent to this substitution:

2

3  DATED: April 3, 2008                BY: _____/S/_____
                                            STEVE MUSCATELL
4                                           Plaintiff

5
     I consent to this substitution:
6

7
   DATED: April 3, 2008                     THE BOCCARDO LAW FIRM, INC.
8
                                       BY: _____/S/_____
9                                           JOHN C. STEIN
                                            Attorneys for Plaintiff
10

**SUBSTITUTION OF ATTORNEYS**