# Ryan & Fong
**2379 Gateway Oaks Drive, Suite 100**
**Sacramento, CA  95833**
**Telephone: 916-924-1912**

*Invoice submitted to:*

Gregory McQuaid
PO Box 550
Tugun
Queensland, Australia 4224

*Invoice No.  14777*

March 31, 2008

In Reference To:  McQuaid, Gregory

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 3/3/2008 JHC | Revise schedules, versions 1 and 2; provide alternate schedules | 0.50 | 162.50 |
| 3/4/2008 JHC | Revise schedules, version 2; provide alternate schedules | 0.50 | 162.50 |
| 3/5/2008 JHC | Review email from client, review statement, email reply | 0.50 | 162.50 |
| 3/6/2008 KAM | Attention to stipulated judgment and revised figures; telephone conference with opposing counsel regarding same | 0.30 | 67.50 |
| 3/10/2008 KAM | Attention to compliance review hearing and judgment | 0.30 | 67.50 |
| 3/12/2008 JHC | Revise Marital Settlement Agreement | 0.30 | 97.50 |
| 3/13/2008 JHC | Confer with staff regarding revisions; transmit to opposing counsel | 0.20 | 65.00 |
| 3/19/2008 JHC | Telephone call with John Murray; review marital settlement stipulation; prepare letter to client | 1.00 | 325.00 |
| 3/20/2008 KAM | Telephone conference with opposing counsel regarding judgment and distribution of pension issues | 0.50 | 112.50 |
| 3/21/2008 JHC | Prepare Option No. 3 Schedule; e-mail to client (total time 48 minutes) | 0.50 | 162.50 |
| 3/24/2008 JHC | Review e-mail from client | 0.20 | 65.00 |

Gregory McQuaid
Invoice Date:   March 31, 2008
Invoice No.:    14777

Page    2

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 3/26/2008 | KAM | Telephone conference with opposing counsel; Review e-mail from client; Review and revise offer, version 3, to opposing counsel. | | 0.70 | 157.50 |
| 3/27/2008 | KAM | Telephone conference with opposing counsel regarding revisions in Stipulated judgment and distribution of property; Review and revise documents regarding same. | | 0.70 | 157.50 |
| 3/31/2008 | KAM | Attention to judgment issues; Telephone conference with opposing counsel regarding judgment | | 0.50 | 112.50 |
| | For professional services rendered | | | 6.70 | $1,877.50 |
| | Previous balance | | | | $945.00 |
| | Balance due | | | | $2,822.50 |

| | Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|---|
| Name | | | | |
| Judith H. Clark | | 3.70 | 325.00 | $1,202.50 |
| Kristi A. Morioka | | 3.00 | 225.00 | $675.00 |