**RYAN & FONG**
**TIMOTHY J. RYAN - 99542**
**REBEKKA MARTORANO - 173600**
2379 Gateway Oaks Drive, Ste. 100
Sacramento, California 95833
Telephone: (916) 924-1912

Attorneys for Defendant John Deere Construction & Forestry Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE MUSCATELL, ) | No.    CV 08-00361 JW PVT |
| ) | |
| Plaintiff, ) | |
| ) | **JOINT STATUS REPORT** |
| v. ) | **PURSUANT TO FRCP 26(f)** |
| ) | |
| JOHN DEERE CONSTRUCTION ) | |
| AND FORESTRY COMPANY; PAPÉ ) | |
| MACHINERY, INC. AND DOES 1 ) | |
| THROUGH 20, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Pursuant to FRCP 26(f), the parties submit this joint status report:

(a) <u>Nature of the Case</u>: Plaintiff's complaint for damages alleges a cause of action for products liability based on theories of strict liability, negligence and breach of warranty. Plaintiff alleges that he was injured in November 2006, while using a John Deere Skid Steer and Vibratory Roller.

(b) <u>Service of Process</u>: All defendants have been served with plaintiff's complaint.

(c) <u>Joinder of additional parties</u>: When plaintiff's new counsel substituted into the case, they examined the equipment and determined that it may be necessary to add as an additional defendant the supplier of the Vibratory Roller. Counsel have informally investigated this, and, if necessary,

1

1   will take depositions to determine any additional parties to be added within 120 days.   Any

2   additional parties will be added within 120 days.

3       (d)   Amendment of pleadings: Defendants seek leave to amend their answers to plaintiff's

4   complaint to add as an affirmative defense the "sophisticated user defense," held to be applicable

5   in California pursuant to the recent decision in Johnson v. American Standard, Inc., 43 Cal. 4th 56

6   (April 2008).   This and any other amendments to the pleadings will be made within 120 days.

7       (e)   Jurisdiction and venue:   This court has diversity jurisdiction pursuant to 28 U.S.C.

8   section 1441(b).   Venue is not disputed.

9       (f)   Anticipated motions with suggested dates: If determined to be appropriate, defendants

10  may file a dispositive motion by the deadline set by the Court.

11      (g)   Anticipated Discovery and the Scheduling of Discovery:

12          (1)   Initial disclosures will be made by May 5, 2008.

13          (2)   Subjects of discovery will be all aspects of parties' claims, including liability and

14  damages.   Anticipated discovery will include depositions and written discovery, as well as

15  examination and testing of the Skid Steer and Vibratory Roller.   No phases of discovery or limits

16  on discovery are requested at this time.   If appropriate, defendants may request a protective order

17  at a future date, depending on the documents to be produced.

18          (3) The parties request no changes to the limits on discovery.

19          (4)   Disclosure of Expert Witnesses and Information:

20              Plaintiff's disclosure of experts:      November 3, 2008

21              Defendants' disclosure of experts:      December 3, 2008

22      (h)   Scheduling of Future Proceedings:

23          Discovery to be completed by:      March 2, 2009

24          Proposed law & motion cut-off:      April 2, 2009

25          Final pretrial conference:      July 1, 2009

26          Trial:      October 5, 2009

27      (i)   Appropriateness of special procedures:   None requested at this time.

28      (j)   Estimate of trial time: 8-10 days

**JOINT STATUS REPORT PURSUANT TO FRCP 26(f)**                    **CV 08-00361 JW PVT**

1       (k)  Proposed modifications to standard pretrial proceedings:  None

2       (l)  Whether the case is related to another case, including any matters in bankruptcy:  No

3       (m)  Whether a settlement conference should be scheduled:  The parties have conducted

4 discussions regarding what ADR option may be suitable for this case; to date final agreement

5 among the parties has not been reached.

6       (n)  Any other matters which may add to the just and expeditious disposition of this matter:

7 None.

8

9 Dated: April 28, 2008                 THE BOCCARDO LAW FIRM, INC.

10

11                                By: _____/s/ John C. Stein_____
                                  JOHN C. STEIN

12                                   Attorneys for Plaintiff

13 Dated: April 28, 2008                 RYAN & FONG

14

15                                By: _____/s/ Rebekka Martorano_____
                                  REBEKKA MARTORANO

16                                   Attorneys for Defendant John Deere
                                  Construction & Forestry Company

17

18 Dated: April 28, 2008                 JOSEPH COSTELLA & ASSOCIATES

19

20                                By: _____/s/ Harry Gilbert_____
                                  HARRY GILBERT

21                                   Attorneys for Papé Machinery, Inc.

22

23

24

25

26

27

28

**JOINT STATUS REPORT PURSUANT TO FRCP 26(f)**            **CV 08-00361 JW PVT**