# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Muscatell,<br><br>            Plaintiff(s),<br><br>     v.<br><br>John Deere Construction and Forestry Company,<br><br>            Defendant(s). | 08-00361 JW ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Robert S. Luft**
> JAMS
> 160 W. Santa Clara St., Ste. 1150
> San Jose, CA 95113
> 408-288-2240

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-00361 JW ENE                              - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: June 17, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



———————————————————
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-00361 JW ENE                              - 2 -