```
RYAN & FONG
TIMOTHY J. RYAN - 99542
REBEKKA MARTORANO - 173600
2379 Gateway Oaks Drive, Ste. 100
Sacramento, California 95833
Telephone: (916) 924-1912
```

Attorneys for Defendant John Deere Construction & Forestry Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE MUSCATELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DEERE CONSTRUCTION AND FORESTRY COMPANY; PAPÉ MACHINERY, INC. AND DOES 1 THROUGH 20,<br><br>　　　　Defendants. | No.   C08 00361 PVT<br><br>**CERTIFICATE OF SERVICE** |

I, Dorothy L. Williams, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 2379 Gateway Oaks Drive, Suite 100, Sacramento, California, 95833, which is located in the city, county and state where the mailing described below took place.

On June 26, 2008, I served the followed documents:

- **STIPULATION AND ORDER TO FILE AMENDED ANSWER**

///

///

///

///

---

1

CERTIFICATE OF SERVICE

These documents were served on the following via United States Mail:

**Counsel for Plaintiff:**
John C. Stein
THE BOCCARDO LAW FIRM, INC.
111 W. St. John Street, Ste. 400
P.O. Box 15001
San Jose, CA 95115-0001

**Counsel for Defendant Papé Machinery Inc.:**
Harry Gilbert
Joseph Costella & Associates
P.O. Box 8090
Walnut Creek, CA 94596-8090

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed this 26th day of June, 2008, in Sacramento, California.

*Dorothy L. Williams*
Dorothy L. Williams

2
**CERTIFICATE OF SERVICE**