1   **RYAN & FONG**
    **TIMOTHY J. RYAN - 99542**
2   **REBEKKA MARTORANO - 173600**
    2379 Gateway Oaks Drive, Ste. 100
3   Sacramento, California 95833
    Telephone: (916) 924-1912
4
    Attorneys for Defendant John Deere Construction & Forestry Co...
5

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

6

7                        UNITED STATES DISTRICT COURT
8
9                        NORTHERN DISTRICT OF CALIFORNIA
10                             SAN JOSE DIVISION

11  STEVE MUSCATELL,                    )   No. C 08-00361 JW PVT
                                        )
12                  Plaintiff,          )
                                        )   **STIPULATION AND ORDER TO**
13  v.                                  )   **FILE AMENDED ANSWER**
                                        )
14  JOHN DEERE CONSTRUCTION             )
    AND FORESTRY COMPANY; PAPÉ          )
15  MACHINERY, INC. AND DOES 1          )
    THROUGH 20,                         )
16                                      )
                    Defendants.         )
17  _____)

18

19          The parties to this action, by and through their attorneys of record, stipulate that an order in

20  the following form may be entered:

21          John Deere Construction & Forestry Company may file the amended answer attached as

22  Exhibit A hereto, adding an additional affirmative defense to its answer.

23

24  IT IS SO STIPULATED.

25  Dated: June 26, 2008                    THE BOCCARDO LAW FIRM, INC.

26
                                   By: _____/s/ John C. Stein_____
27                                     JOHN C. STEIN
                                       Attorneys for Plaintiff
28

                                          1

1    Dated: June __, 2008                    RYAN & FONG

2

3                                            By: _____/s/ Rebekka Martorano_____
                                             REBEKKA MARTORANO
                                             Attorneys for Defendant John Deere
4                                            Construction & Forestry Company

5

6    Dated: June __, 2008                    JOSEPH COSTELLA & ASSOCIATES

7

8                                            By: _____/s/ Harry Gilbert_____
                                             HARRY GILBERT
                                             Attorneys for Papé Machinery, Inc.
9

10   IT IS SO ORDERED.      **On or before July 10, 2008, Defendant shall file its Amended**
                            **Answer as a separate docket entry.**
11
     Dated: _____July 7, 2008_____, 2008
12                                           _____
                                             Judge of the United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO FILE AMENDED ANSWER**