**THE BOCCARDO LAW FIRM INC.**
ATTORNEYS AT LAW
111 W. ST. JOHN STREET, SUITE 400
P.O. BOX 15001
SAN JOSE, CALIFORNIA 95115-0001
TELEPHONE (408) 298-5678
FACSIMILE (408) 298-7503

JOHN C. STEIN, SBN 39417
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| STEVE MUSCATELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DEERE CONSTRUCTION AND FORESTRY COMPANY, et al.,<br><br>　　　　Defendants. | Case No.: C 08-00361 JW (PVT)<br><br>**STIPULATION TO CONTINUE DISCLOSURE OF EXPERT WITNESSES** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between all parties in the above-entitled action, by their respective counsel, that due to the upcoming holidays and Counsels' vacations, the Disclosure of Expert Witnesses currently scheduled to be exchanged on December 29, 2008, will now be exchanged on January 12, 2009. In addition, the parties stipulate that any rebuttal experts shall be disclosed on January 16, 2009, and that any motions to exclude experts or limit their testimony shall be filed by January 26, 2009.

```
 1  DATED:  December 19, 2008          THE BOCCARDO LAW FIRM INC.

 3                                BY:  /s/ John C. Stein
                                       JOHN C. STEIN
 4                                     Attorneys for Plaintiff,
                                       Steve Muscatell
 5

 7  DATED:  December 22, 2008           Joseph Costella & Associates

10                                BY:  /s/ Harry C. Gilbert
                                       Harry C. Gilbert, Esq.
11                                     Attorney for Defendant,
                                       Pape Machinery
12
    DATED:  December 22, 2008           Ryan & Fong
13

15                                BY:  /s/ Rebekka Martorano
                                       Rebekka Martorano, Esq.
16                                     Timothy J. Ryan, Esq.
                                       Attorney for Defendant,
17                                     John Deere Construction
```

### ORDER

IT IS SO ORDERED.
This order does not effect any dates set in the Court's May 7, 2008 Scheduling Order (Docket Item No. 19).

DATED: __Dec. 23, 2008__

/s/ James Ware
JAMES WARE
UNITED STATES DISTRICT JUDGE

---

-2-

Case No.: C 08-00361 PVT
STIPULATION TO CONTINUE DISCLOSURE OF EXPERT WITNESSES