1 **RYAN & FONG**
**TIMOTHY J. RYAN - 99542**
2 **REBEKKA MARTORANO - 173600**
2379 Gateway Oaks Drive, Ste. 100
3 Sacramento, California 95833
Telephone: (916) 924-1912
4
Attorneys for Defendant John Deere Construction & Forestry Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE MUSCATELL, ) | No.   CV 08-00361 JW PVT |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **REGARDING DISCOVERY DATES** |
| ) | |
| JOHN DEERE CONSTRUCTION ) | |
| AND FORESTRY COMPANY; PAPÉ ) | |
| MACHINERY, INC. AND DOES 1 ) | |
| THROUGH 20, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

WHEREAS, the parties to this action have previously filed two motions related to a dispute regarding plaintiff's disclosure of liability experts and the completion of discovery, including a motion by Papé Machinery, Inc. to bar the further disclosure of experts by plaintiff (see Docket No. 30), and a motion by plaintiff to extend the deadline to disclose experts (Docket No. 43);

WHEREAS, the Court issued an order on April 10, 2009 granting plaintiff's motion to extend the deadline for disclosing experts and modifying its previous scheduling order (Docket No. 53);

WHEREAS, the parties have met and conferred regarding the discovery that needs to be completed, and regarding dates that are available to conduct necessary depositions;

WHEREAS, the parties have agreed to the following discovery dates, which will result in all discovery being completed by July 24, 2009, with sufficient time to prepare and submit a Pre-Trial Conference statement by August 14, 2009 and to prepare for the Pre-Trial Conference scheduled to take place on September 14, 2009:

1. Deposition of Daniel Griswold as the designated representative of John Deere: June 5, 2009, 11 a.m. PST, 1 p.m. CST, by video deposition, at the following location: ECS Inc., 5665 Tremont Avenue, Davenport, IA 52807-2658

2. Disclosure of any additional experts: June 19, 2009

3. Depositions of plaintiffs' experts: late June/early July 2009

4. Deposition of Daniel Griswold as John Deere's expert: July 2009 (John Deere has offered the following dates: July 17, 22, 23).

5. Close of discovery for purpose of deposing newly disclosed experts: July 24, 2009

THEREFORE, the parties stipulate that the Court may enter the following order:

**STIPULATED ORDER**

Based on the stipulation of the parties set forth above, the Court orders as follows:

1. The time to complete the deposition of Daniel Griswold as the designated representative of John Deere shall be extended to June 5, 2009, the date agreed to by the parties for the deposition.

2. Any party wishing to present expert testimony with respect to a claim or a defense shall lodge with the Court and serve on all other parties the name, address, qualifications, résumé and a written report that complies with Fed. R. Civ. P. 26(a)(2)(B) on or before June 19, 2009.

3. Discovery shall remain open until July 24, 2009 for the limited purpose of deposing newly disclosed experts. However, John Deere agrees that it will produce its previously disclosed expert Daniel Griswold for deposition.

**IT IS SO STIPULATED.**

Dated: April __, 2009                                    THE BOCCARDO LAW FIRM, INC.


                                                         By:      /s/ John C. Stein
                                                              JOHN C. STEIN
                                                              Attorneys for Plaintiff


Dated: April __, 2009                                    RYAN & FONG


                                                         By:      /s/ Rebekka Martorano
                                                              REBEKKA MARTORANO
                                                              Attorneys for Defendant John Deere
                                                              Construction & Forestry Company


Dated: April __, 2009                                    JOSEPH COSTELLA & ASSOCIATES


                                                         By:      /s/ Harry Gilbert
                                                              HARRY GILBERT
                                                              Attorneys for Papé Machinery, Inc.


**IT IS SO ORDERED.**


DATED: June 12, 2009                                     _____
                                                         JAMES WARE
                                                         United States District Judge

---

3

**JOHN DEERE CONSTRUCTION & FORESTRY COMPANY'S**
**CV 08-00361 JW PVT**