**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Steve Muscatell, | NO. C 08-00361 JW |
|         Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
|   v. | |
| John Deere Construction and Forestry Company, et al., | |
|         Defendants. | |

On August 7, 2009, Plaintiff informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 57.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **September 21, 2009**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **October 5, 2009 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **September 21, 2009**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

United States District Court
For the Northern District of California

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  August 19, 2009

                                                JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Harry C. Gilbert hgilbert@travelers.com
John Charles Stein jstein@boccardo.com
Rebekka R. Martorano rmartorano@ryanfong.com
Timothy John Ryan tryan@ryanfong.com

**Dated: August 19, 2009**  **Richard W. Wieking, Clerk**

**By:** **/s/ JW Chambers**
    **Elizabeth Garcia**
    **Courtroom Deputy**