TIMOTHY J. RYAN, SBN 99542
REBEKKA R. MARTORANO, SBN 173600
THE RYAN LAW GROUP
2379 Gateway Oaks Drive, Suite 100
Sacramento, California 95833
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendant John Deere Construction & Forestry Company

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| STEVE MUSCATELL, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DEERE CONSTRUCTION AND FORESTRY COMPANY; PAPE MACHINERY, INC. AND DOES 1 THROUGH 20, <br><br> Defendants. | No. CV 08-00361 JW PVT <br><br> **STIPULATION OF DISMISSAL OF ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) in its entirety. The Clerks shall close this file.

Dated: 9/11/09

THE BOCCARDO LAW FIRM, INC.

By: _____
JOHN C. STEIN
Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: 9-18-09 | THE RYAN LAW GROUP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | REBEKKA R. MARTORANO<br>Attorneys for Defendant John Deere<br>Construction & Forestry Company |
| 5 | | |
| 6 | Dated: 9/18-09 | JOSEPH COSTELLA & ASSOCIATES |
| 7 | | |
| 8 | | By: _____<br>HARRY C. GILBERT<br>Attorneys for Papé Machinery, Inc. |

2

STIPULATION OF DISMISSAL OF ENTIRE ACTION
CV 08-00361 JW PVT